**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7722**

MICHAEL E. KENNEDY,

            Plaintiff - Appellant,

      v.

UNITED STATES PAROLE COMMISSION; CHAIRMAN ISAAC FULWOOD,
JR.; VICE-CHAIRMAN CRANSTON J. MITCHELL; COMMISSIONER
PATRICIA K. CUSHWA; J. PATRICIA WILSON SMOOT,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine C. Blake, District Judge.
(1:13-cv-00019-CCB)

Submitted:  February 20, 2014     Decided:  February 26, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael E. Kennedy, Appellant Pro Se.   Larry David Adams,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Kennedy appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>Kennedy v. United States Parole Comm'n</u>, No. 1:13-cv-00019-CCB (D. Md. Aug. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>